IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**VICTOR LOWELL FRYOU, #127764**                                    **PETITIONER**

**VERSUS**                              **CIVIL ACTION NO. 1:08-cv-184-HSO-JMR**

**RON KING**                                                              **RESPONDENT**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order and Reasons issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause be dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 16th day of September, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE